JACOB WOLFIN, Respondent, *v.* THE SECURITY BANK OF NEW YORK, Appellant.

*Wolfin v. Security Bank of N. Y.*, 170 App. Div. 519, affirmed.
(Argued May 23, 1916; decided June 6, 1916.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1915, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff entered upon a decision of the court on trial without a jury in an action to recover from the defendant the sum of $450 and interest upon a certain check for the sum of $450 drawn by one Robert H. Bergman on the Twenty-third Ward Bank, payable to the order of one Samuel Litt. Prior to the delivery of the check to Litt, Bergman, the maker thereof, caused said Litt to indorse the same to this plaintiff and after such

indorsement caused said Litt to sign his name upon the back of said check and said check so indorsed to plaintiff was delivered by Bergman, the maker of said check, to Litt with instructions to deliver same to plaintiff, and said Litt accepted such check for the purpose of delivering same to plaintiff. The said check was not handed to the plaintiff, but it appears that plaintiff's name was forged thereon and the said check with plaintiff's name so forged upon the back of it was deposited in the defendant bank by one Harry W. Grossman, and the defendant collected the amount represented by said check from the Twenty-third Ward Bank, upon which it was drawn.

*Herman B. Goodstein* and *Thomas J. Kavanagh* for appellant.

*W. E. Goldman,* *Philip D. Shapiro* and *Bernard Chambers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Dissenting on dissenting opinion of INGRAHAM, P. J., below: HISCOCK and POUND, JJ.